# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Norfolk Division

In re:                                                                                         Chapter 13
ROXANN MARIE DARDEN,                                                  Case No. 11-75600-FJS

      Debtor.

## OBJECTION TO MOTION TO SUSPEND
## CHAPTER 13 PLAN PAYMENTS

COMES, NOW R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"), who objects to the Motion to Suspend Chapter 13 Plan Payments filed in this case. In support of his objection, the Trustee states as follows:

1.  Roxann Marie Darden (the "Debtor"), filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on December 21, 2011. Relief was ordered.

2.  On December 22, 2011, the Trustee was appointed in this case and continues to serve in that capacity.

3.  On December 27, 2011, the Debtor filed her chapter 13 plan (the "Plan"), which was confirmed by the Court on April 5, 2012.

4.  On July 31, 2013, the Debtor filed a motion to suspend (the "Motion to Suspend") due to the Debtor being unemployed.

5.  The Motion to Suspend requests that the Debtor's Chapter 13 plan payments be suspended for the months of July 2013, August 2013, and September 2013.

6.  It appears that the Motion to Suspend fails to properly notice all creditors and parties in interest, in that there is no mailing matrix attached.

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

Wherefore, the Trustee requests that the Motion to Suspend be denied.

> R. Clinton Stackhouse, Jr.
> Chapter 13 Trustee
>
> */s/ R. Clinton Stackhouse, Jr.*
> _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2013, I will electronically file the foregoing Objection using the CM/ECF system, which will then send electronic notification of such filing to Steve C. Taylor, Esquire, counsel for the debtor and that a true copy was mailed by first class mail, postage pre-paid to:

Roxann Marie Darden
P.O. Box 2291
Coeburn, VA 24230

> */s/ R. Clinton Stackhouse, Jr.*
> _____